STEINER MANUFACTURING COMPANY, RESPONDENT, v.
JOSEPH KOCHANIEWICZ, APPELLANT.

Submitted February 12, 1926—Decided May 17, 1926.

On appeal from the Supreme Court.

For the appellant, *Harry B. Dembe.*

For the respondent, *R. Lewis Kennedy.*

PER CURIAM.

The appellant entered into a contract in writing, dated
February 28th, 1924, for the purchase of a meat chopping
machine for the sum of $330, on account of which, at the
time of signing the agreement, he paid $31.50.   The order or
agreement of purchase commenced as follows:

> "CITY OF BAYONNE, N. J.
> Date Feb. 28, 1924.
> Steiner Manufacturing Company,
>         St. Louis, Mo.
> Please ship as soon as convenient, subject to strikes, acci-
> dents or other delays * * *."

The machine was delivered March 11th, 1924, and appel-
lant refused to accept it upon the ground that the salesman
who took the order had agreed that delivery would be made
March 1st, 1924.

Suit was then brought in the District Court to recover the
balance of the purchase price of $298.50, and was tried
before that court and a jury, resulting in a verdict for the
respondent upon direction of the trial judge.   On appeal from
the judgment of the District Court the Supreme Court
affirmed that judgment, and this is an appeal from the judg-
ment of the Supreme Court.

We conclude that the judgment of the Supreme Court must
be affirmed.

There are two grounds of appeal. The first is: That whether or not delivery on March 11th, 1924, was in compliance with the terms of the contract to deliver "as soon as convenient" was a jury question, and it was error for the trial court to pass upon it' as a question of law. With this we do not agree. The state of the case presents no facts upon this point that could be submitted to the jury.

The second ground is that the trial court erred in striking out testimony tending to show that the salesman fraudulently represented that the contract provided for delivery on March 1st, 1924.

Upon this point our conclusion is that *McDonald* v. *Central Railroad Co.,* 89 *N. J. L.* 251, is not applicable, but, as held by the Supreme Court, *Fivey* v. *Pennsylvania Railroad,* 67 *Id.* 627, is controlling.

The judgment under review is affirmed.

*For affirmance*—THE CHIEF JUSTICE, PARKER, KALISCH, BLACK, KATZENBACH, CAMPBELL, WHITE, GARDNER, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, JJ. 12.

*For reversal*—None.